AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Jesus Osorio Preciado

**WAIVER OF INDICTMENT**

CASE NUMBER: 08MJ8302
08CR1408-JM

I, Jesus Osorio Preciado, the above named defendant, who is accused of 21 U.S.C. 952, 960; Importation of a Controlled Substance (felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-1-08 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

**FILED**
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CF  DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer