```
 1  KAREN P. HEWITT
    United States Attorney
 2  GREGORY F. NOONAN
    Assistant U.S. Attorney
 3  California State Bar No. Pending
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619 557-5790   (Telephone)/619 557-5551 (Fax)
    Email: gregory.noonan@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR1408-JM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| JESUS OSORIO-PRECIADO, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

  I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

  The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

  1. None.

//

//

//

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4      1.    James P. Melendres.

5  Please feel free to call me if you have any questions about this notice.

6  DATED: June 17, 2008.

7      KAREN P. HEWITT
    United States Attorney
8

9

10      <u>s/Gregory F. Noonan</u>
    GREGORY F. NOONAN
    Assistant U.S. Attorney

11

...

27  Notice of Appearance         08CR1408-JM
    United States v. Jesus Osorio-Preciado
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR1408-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| JESUS OSORIO-PRECIADO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

     I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 17, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Candis Mitchell, Attorney for Defendant Jesus Osorio-Preciado..

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 17, 2008.

                                                           s/Gregory F. Noonan
                                                           GREGORY F. NOONAN
                                                           Assistant U.S. Attorney

Notice of Appearance                                                                     08CR1408-JM
United States v. Jesus Osorio-Preciado