**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
candis_mitchell@fd.org

Attorneys for Mr. Jesus Osorio-Preciado

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. | 08CR1408-JM |
| Plaintiff, ) | DATE: | AUGUST 15, 2008 |
| ) | TIME: | 9:00 a.m. |
| v. ) | | |
| JESUS OSORIO-PRECIADO, ) | **MOTION TO SHORTEN TIME** | |
| Defendant. ) | | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time for filing Mr. Osorio-Preciado's <u>SENTENCING MEMORANDUM</u> , to three (3) days, to be heard August 15, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

DATED: August 13, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Osorio-Preciado