UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR1408-JM |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **JESUS OSORIO-PRECIADO,**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Lara Stingley  
    Assistant United States Attorney  
    880 Front Street  
    San Diego, CA 92101

    Lynette Williams  
    US Probation Officer  
    101 W. Broadway, Suite 700  
    San Diego, CA 92101

and mailed to:

    Jesus OSORIO-Preciado  
    06185-298  
    GEO  
    220 W. C St.  
    San Diego, CA, 92101

Dated: August 13, 2008

s/ *Candis Mitchell*  
**CANDIS MITCHELL**  
Federal Defenders of San Diego, Inc.  
225 Broadway, Suite 900  
San Diego, CA 92101-5030  
(619) 234-8467 (tel); (619) 687-2666 (fax)  
E-mail:Candis_Mitchell@fd.org