UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   08CR1408-JM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SHORTEN TIME [Docket 17] |
| **JESUS OSORIO-PRECIADO** | ) | |
| Defendant. | ) | |

A motion to shorten time having been made in the above-entitled matter, **IT IS HEREBY ORDERED** that the time for filings defendant's <u>SENTENCING MEMORANDUM</u> in the above-entitled action be shortened to two court days prior to the hearing. The document shall be filed no later than *August 13, 2008*. In the future, the Court would appreciate it if counsel would comply with the timely filing requirements delineated in Fed.R.Crim.P. 45(a) and Local Crim. Rule 32.1(a)(9) [ie sentencing documents are due 5 court days prior to hearing].

DATED: August 13, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge